UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JOHN DAY,<br><br>        Plaintiff,<br><br>v.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | 1:24-cv-00396-SDN |

## **ORDER**

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Commissioner's unopposed request to remand this action for further administrative proceedings by the Appeals Council, the Court **ORDERS** that this case be remanded to the Social Security Administration for further administrative proceedings.

Upon the remand of this case by this Court, the Appeals Council will remand it to an Administrative Law Judge ("ALJ") for submission of new evidence, a de novo hearing, and a new decision. The Appeals Council will direct the ALJ to further evaluate Plaintiff's residual functional capacity ("RFC"), and to explain the basis for the RFC determination.

Therefore, this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). The clerk of the court will enter a separate judgment pursuant to Federal Rule of Civil Procedure 58.

**SO ORDERED.**

Dated this 1st day of April, 2025.

                                                 <u>/s/ Stacey D. Neumann</u>
                                                 **UNITED STATES DISTRICT JUDGE**